PLACER COUNTY COUNSEL'S OFFICE
Brett Holt (SBN: 133525)
bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
jreeves@placer.ca.gov
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants PLACER COUNTY, DEVON BELL, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT and JENNIFER MISZKEWYCZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| BRENDAN COLEMAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PLACER COUNTY, CALIFORNIA, a county government, and the following persons as individuals and in their capacity as officials, employees or contractors of PLACER COUNTY: DEVON BELL, ROBERT MADDEN, MEGAN YAWS, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT, JENNIFER MISZKEWYCZ and DOES 1 through 30,<br><br>    Defendants. | Case No. 2:17-CV-01579-WBS-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

Page 1    STIPULATION & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1    The parties seek an order from this court to extend the deadline for service of a responsive
2    pleading or appropriate motion to Plaintiff's Complaint by thirty (30) days. The parties have
3    previously stipulated pursuant to Eastern District Local Rule 144(a) to a twenty-eight (28) day
4    extension to respond to Plaintiff's Complaint, which extended Defendants' deadline to respond
5    until September 26, 2017. (*See* ECF No. 7.)
6    Now, the Parties seek the Court's approval of an additional thirty (30) day extension, for
7    good cause and the convenience of the parties, extending Defendants' deadline to respond to
8    Plaintiff's Complaint from September 26, 2017, until October 26, 2017.

MEYERS, NAVE, RIBACK, SILVER & WILSON

DATED: September 25, 2017    By: /s/ Blake P. Loebs
                                 Blake P. Loebs
                                 Attorneys for Defendants PLACER COUNTY,
                                 DEVON BELL, JEREMY BURCH; DAN
                                 CUNNINGHAM, AUBREY HARRIS,
                                 MATTHEW SPENCER, MACKENZIE MILLER,
                                 R. SCOTT OWENS, BENJAMIN EGGERT and
                                 JENNIFER MISZKEWYCZ

LAW OFFICE OF PATRICK H. DWYER

DATED: September 25, 2017    By: /s/ Patrick H. Dwyer (as authorized on 9/25/17)
                                 Patrick H. Dwyer
                                 Attorneys for Plaintiff
                                 BRENDAN COLEMAN

ANGELO, KILDAY & KILDUFF

DATED: September 25, 2017    By: /s/ Amie McTavish (as authorized on 9/25/17)
                                 Amie McTavish
                                 Attorneys for Defendant
                                 ROBERT MADDEN

| | | |
|---|---|---|
| | RIVERA AND ASSOCIATES | |
| DATED: September 22, 2017 | By: | /s/ Jonathan A. Paul (as authorized on 9/22/17) |
| | | Jonathan A. Paul |
| | | Attorneys for Defendant |
| | | MEGAN YAWS |

**Attestation of Concurrence in the Filing**

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

All Defendants may have an additional thirty (30) days to respond to Plaintiff's Complaint. The deadline for Defendants to respond to Plaintiff's Complaint is extended until October 26, 2017.

IT IS SO ORDERED.

Dated: September 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28640972