PLACER COUNTY COUNSEL'S OFFICE
Brett Holt (SBN: 133525)
bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
jreeves@placer.ca.gov
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants PLACER COUNTY, DEVON BELL, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT and JENNIFER MISZKEWYCZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRENDAN COLEMAN, an individual, | Case No. 2:17-CV-01579-WBS-CKD |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO AMEND ANSWER TO THE COMPLAINT** |
| v. | |
| PLACER COUNTY, CALIFORNIA, a county government, and the following persons as individuals and in their capacity as officials, employees or contractors of PLACER COUNTY: DEVON BELL, ROBERT MADDEN, MEGAN YAWS, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT, JENNIFER MISZKEWYCZ and DOES 1 through 30, | |
| Defendants. | |

STIPULATION & PROPOSED ORDER EXTENDING TIME TO AMEND ANSWER

Defendants Placer County, Devon Bell, Jeremy Burch, Dan Cunningham, Aubrey Harris, Matthew Spencer, Mackenzie Miller, R. Scott Owens, Benjamin Eggert, Jennifer Miszkewycz, Robert Madden, and Megan Yaws ("Defendants") and Plaintiff Brendan Coleman ("Plaintiff") seek an order from this court to extend the deadline for Defendants to file amended Answers to Plaintiff's Complaint by twenty-one (21) days. The parties are in the process of meeting and conferring regarding the sufficiency of the Defendants' Answers and also in discussion regarding potential settlement. The parties wish to allow time for both discussions to fully resolve and leave the Defendants time to potentially amend their Answers after such discussion, if they so choose.

The Parties seek the Court's approval of a twenty-one (21) day extension, for good cause and the convenience of the parties, extending Defendants' deadline to amend their answer to Plaintiff's Complaint from November 16, 2017, until December 7, 2017.

DATED: November 16, 2017   MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Robert S. Moutrie
Robert S. Moutrie
Attorneys for Defendants PLACER COUNTY, DEVON BELL, JEREMY BURCH; DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT and JENNIFER MISZKEWYCZ

DATED: November 16, 2017   LAW OFFICE OF PATRICK H. DWYER

By: /s/ Patrick H. Dwyer (as authorized on 11/16/17)
Patrick H. Dwyer
Attorneys for Plaintiff
BRENDAN COLEMAN

DATED: November 16, 2017   ANGELO, KILDAY & KILDUFF

By: /s/ Brue Kilday (as authorized on 11/16/17)
Bruce Kilday
Attorneys for Defendant
ROBERT MADDEN

| | | |
|---|---|---|
| DATED: November 16, 2017 | RIVERA AND ASSOCIATES | |
| | By: | /s/ Jonathan Paul (as authorized on 11/16/17)<br>Jonathan Paul<br>Attorneys for Defendant<br>MEGAN YAWS |

**Attestation of Concurrence in the Filing**

The filer, Robert S. Moutrie, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

# ORDER

All Defendants may have an additional twenty-one (21) days to amend their answer to Plaintiff's Complaint. The deadline for Defendants to amend their answer is extended until December 7, 2017.

IT IS SO ORDERED.

Dated: November 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2889454.1