| | |
|---|---|
| 1 | PLACER COUNTY COUNSEL'S OFFICE |
| | Brett D. Holt (SBN: 133525) |
| 2 | bholt@placer.ca.gov |
| | Julia M. Reeves (SBN: 241198) |
| 3 | jreeves@placer.ca.gov |
| | 175 Fulweiler Avenue |
| 4 | Auburn, CA 95603 |
| | Telephone: (530) 889-4044 |
| 5 | Facsimile: (530) 889-4069 |
| 6 | Blake P. Loebs (SBN: 145790) |
| | bloebs@meyersnave.com |
| 7 | David Mehretu (SBN: 269398) |
| | dmehretu@meyersnave.com |
| 8 | Robert S. Moutrie (SBN: 295250) |
| | rmoutrie@meyersnave.com |
| 9 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 10 | Oakland, California 94607 |
| | Telephone: (510) 808-2000 |
| 11 | Facsimile: (510) 444-1108 |

Attorneys for Defendants PLACER COUNTY, DEVON BELL, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT and JENNIFER MISZKEWYCZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRENDAN COLEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY, CALIFORNIA, a county government, and the following persons as individuals and in their capacity as officials, employees or contractors of PLACER COUNTY: DEVON BELL, ROBERT MADDEN, MEGAN YAWS, JEREMY BURCH, DAN CUNNINGHAM, AUBREY HARRIS, MATTHEW SPENCER, MACKENZIE MILLER, R. SCOTT OWENS, BENJAMIN EGGERT, JENNIFER MISZKEWYCZ and DOES 1 through 30,<br><br>Defendants. | Case No. 2:17-CV-01579-WBS-CKD<br><br>**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO AMEND ANSWER TO THE COMPLAINT** |

AMENDED STIPULATION & PROPOSED ORDER EXTENDING TIME TO AMEND ANSWER

Defendants Placer County, Devon Bell, Jeremy Burch, Dan Cunningham, Aubrey Harris, Matthew Spencer, Mackenzie Miller, R. Scott Owens, Benjamin Eggert, Jennifer Miszkewycz, Robert Madden, and Megan Yaws ("Defendants") and Plaintiff Brendan Coleman ("Plaintiff") seek an order from this Court to extend the deadline for Defendants to file amended Answers to Plaintiff's Complaint by twenty-one (21) days or for Plaintiff to file a motion to strike under FRCP 12(f). The parties are in the process of meeting and conferring regarding the sufficiency of the Defendants' Answers and also in discussion regarding potential settlement. The parties wish to allow time for both discussions to fully resolve and leave the Defendants time to potentially amend their Answers after such discussion, if they so choose.

The Parties seek the Court's approval of a twenty-one (21) day extension, for good cause and the convenience of the parties, extending Defendants' deadline to amend their answer to Plaintiff's Complaint from November 16, 2017, until December 7, 2017.

DATED: November 16, 2017           MEYERS, NAVE, RIBACK, SILVER & WILSON

                                   By:   /s/ Robert S. Moutrie
                                         Robert S. Moutrie
                                         Attorneys for Defendants PLACER COUNTY,
                                         DEVON BELL, JEREMY BURCH; DAN
                                         CUNNINGHAM, AUBREY HARRIS,
                                         MATTHEW SPENCER, MACKENZIE MILLER,
                                         R. SCOTT OWENS, BENJAMIN EGGERT and
                                         JENNIFER MISZKEWYCZ

DATED: November 16, 2017           LAW OFFICE OF PATRICK H. DWYER

                                   By:   /s/ Patrick H. Dwyer (as authorized on 11/16/17)
                                         Patrick H. Dwyer
                                         Attorneys for Plaintiff
                                         BRENDAN COLEMAN

| | | |
|---|---|---|
| DATED: November 16, 2017 | | ANGELO, KILDAY & KILDUFF |
| | By: | /s/ Brue Kilday (as authorized on 11/16/17)<br>Bruce Kilday<br>Attorneys for Defendant<br>ROBERT MADDEN |
| DATED: November 16, 2017 | | RIVERA AND ASSOCIATES |
| | By: | /s/ Jonathan Paul (as authorized on 11/16/17)<br>Jonathan Paul<br>Attorneys for Defendant<br>MEGAN YAWS |

**Attestation of Concurrence in the Filing**

The filer, Robert S. Moutrie, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

# ORDER

All Defendants may have an additional twenty-one (21) days to amend their answer to Plaintiff's Complaint. The deadline for Defendants to amend their answer is extended until December 7, 2017.

IT IS SO ORDERED.

Dated: November 21, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2890889.1